UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL D. SMYTH

v.                                            CASE NO.  3:12 cv  1594 (VLB)

WILLIAM E. SEIDEN                             May 29, 2013

## WITHDRAWAL OF MOTION

Plaintiff hereby withdraws her motion for judgment (Doc. No. 12) as moot.

                                              THE PLAINTIFF

                                              BY_____/Joanne S. Faulkner___
                                              Joanne S. Faulkner ct04137
                                              123 Avon Street
                                              New Haven CT 06511-2422
                                              (203) 772-0395

Certificate of Service

I hereby certify that on May 29, 2013, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              ____/s/ Joanne S. Faulkner___
                                                  JOANNE S. FAULKNER